**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
FILED
September 27, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

**JUDGMENT IN A CIVIL CASE**

LAURA LASICH

　　　v.　　　　　　　　　　　　　CASE NUMBER: CIV S-04-1346 GGH

JO ANNE B. BARNHART

<u>XX</u> -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

　　　　THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE COMMISSIONER IN ACCORDANCE WITH THE COURT'S ORDER OF 9/27/05.

Jack L. Wagner,
Clerk of the Court

ENTERED:    September 27, 2005

by:   /s/ C. GIRGIS
C. GIRGIS, Deputy Clerk